UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYLANDO PIERRE WARR | CIVIL ACTION NO |
| VERSUS | JUDGE |
| ROY LEE STONE, HORNADY TRANSPORTATION, LLC, AND HUDSON INSURANCE COMPANY | MAGISTRATE JUDGE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT

BEFORE ME, the undersigned authority, appeared

### DAVID M. SCHROETER

who, after being duly sworn, based on personal knowledge did state as follows:

1.  I am counsel for defendants, Roy Lee Stone ("Mr. Stone"), Hornady Transportation, L.L.C. ("Hornady"), and Hudson Insurance Company ("Hudson") (collectively the "Defendants")

2.  On May 3, 2019, this civil action was filed by plaintiff, Tylando Pierre Warr ("Plaintiff"), in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, bearing case number 794867, Division "L." It is alleged that on May 17, 2018, Plaintiff was involved in a collision with a tractor trailer owned by Hornady, operated by Mr. Stone, and insured by Hudson. Plaintiff seeks to recover damages for personal injuries allegedly sustained as a result of the accident. *See generally*, Petition for Damages ("Petition").

3.  The Petition and Citation were served on Mr. Stone through the Louisiana Long Arm Statute on May 24, 2019.

00759239-1

**EXHIBIT A**

4. The Petition for Damages and Citation were served on Hornady through its registered agent on May 24, 2019, and again through the Louisiana Long Arm Statute on May 29, 2019.

5. The Petition and Citation were served on Hudson through the Louisiana Secretary of State on June 6, 2019.

6. The Petition fails to describe with any degree of specificity the extent of the alleged injuries or damages sustained by Plaintiff. Rather, it is only generally alleged Plaintiff sustained (or will sustain) past and future physical pain and suffering; past and future medical expenses; past and future mental anguish; past and future loss of enjoyment of life; past and future loss of consortium; past and future loss of companionship; past and future lost wages; and past and future impairment of wage earning capacity. *See* Petition for Damages at ¶10.

7. By correspondence dated June 20, 2019, Defendants first received notice that the amount in controversy exceeds $75,000, exclusive of interest and costs, in this case involving diverse parties. Specifically, in documents produced on Plaintiff's behalf, Defendants received certain medical records from Plaintiff's treating orthopedic surgeon, Dr. Kevin McCarthy, which indicate that Plaintiff is being treated for a "large L5-S1 herniated nucleus pulposus with right lower extremity radiculopathy," for which Plaintiff has undergone two separate lumbar epidural steroid injections; and for which, Dr. McCarthy has recommended surgery—specifically, a bilateral microdiscectomy at the L4-S1 level. *See* **Exhibit "B,"** Plaintiff's Select Medical Records.

8. While Defendants deny liability and damages, quantum research reveals that actions involving injuries and treatment similar to those alleged by Plaintiff place the amount in controversy in excess of $75,000, exclusive of interest and costs. *Lockett v. U.V. Ins. Risk retention,* 15-166 (La. App. 5th Cir. 11/19/2015) (awarding $175,000 in $175,000 in general

damages for herniated discs in cervical and lumbar spine, and lumbar microsurgical discectomy); 180 So.3d 557; *Riddle v. Geico General Insurance Company*, No. 650456 on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, as summarized at 2018 WL 7141267 (awarding $119,380 in damages for multiple disc bulges with radicular pain at L5-S1 region which required a transforaminal epidural steroid injection); *Zalenski v. Bayou Liberty Water Association, et al.*, No. 2010-11116 on the docket of the 22nd Judicial District Court for the Parish of St. Tammany, as summarized at 2013 WL 7792185 (awarding $188,427 in damages for herniated lumbar disc at L4-5 with nerve root compression and facet arthrosis, lower back pain and radiculopathy); *Bruno v. State Farm Mut. Auto Ins.*, No. 2004-0096 on the docket of the 15th Judicial District Court for the Parish of Lafayette, as summarized at 2005 WL 2874720 (awarding $90,000 in general damages for bilateral joint arthropathy at L4-5 and constrictions at L4-5 and L5-S1 for which plaintiff underwent a lumbar steroid injection)

9.  It was not until Defendants received correspondence from Plaintiff's counsel dated June 20, 2019, along with the records of Plaintiff's treating orthopedic surgeon, that they were first put on notice that the amount in controversy in the action filed by Plaintiff exceeds $75,000, exclusive of interest and costs.

10. The foregoing is true and correct to the best of my knowledge.

00759239-1

3

_____
DAVID M. SCHROETER

SWORN AND SUBSCRIBED
BEFORE ME, THIS 16th DAY
OF JULY, 2019.

_____
NOTARY PUBLIC

**CASIE ANN ZIMMERMAN DAVIDSON**
NOTARY PUBLIC
LSBA NO. 33445/Notary No. 143139
MY COMMISSION IS FOR LIFE.

00759239-1                               4