# **Chad A. Aguillard**

## Attorney At Law, L.L.C.

**Laverne Aguillard RN, M. Ed.**
laguillard@bellsouth.net

**ChadAguillard, Atty. at Law**
caguillard@bellsouth.net
**Ali Zito Shields, Atty. at Law**
alishieldsattorney@gmail.com

June 20, 2019

Simon, Peragine, Smith & Redfearn, LLP
30th Floor - Energy Centre
1100 Poydras Stree
New Orleans, LA 70163-3000
ATTN: M. Davis Ready, Esq.

**Via E-Mail**
Davisr@spsr-law.com
david@spsr-law.com
madisonh@spsr-law.com

RE:   **Tylando Pierre Warr v. Roy Lee Stone, et al.**
**24th Judicial District Court   Docket Number 794-867**
**Division L   Parish of Jefferson   State of Louisiana**

Dear Davis:

Please see attached the post accident medical records of my client Tylando Warr. Attached are certified medical and billing records from:

1) Bone & Joint Clinic of Baton Rouge
2) Orthopedic Surgery Center
3) Diversified Professional Inc.
4) Imaging Center of Louisiana
5) Pointe Coupee Physical Therapy

After reviewing the MRI study from July 10, 2018, Dr. Kevin McCarthy diagnosed the plaintiff as having a "Large L5-S1 herniated nucleus pulposus with right lower extremity radiculopathy". Thereafter, Dr. Kevin McCarthy performed a Right Sided ESI at L5-S1 on August 16, 2018. Again on December 11, 2018, Dr. McCarthy performed a Bilateral ESI at the L5-S1 level. With conservative measures, including the injections and Physical Therapy on resolving the pain, Dr. McCarthy has recommended a Bilateral Microdiscectomy at the L5-S1 level. Please see attached surgery estimate, which <u>does not</u> include the facility cost or Anesthesia Costs

In or most recent conversation I indicated that I was aware that the plaintiff had back issues prior to the accident in question. We take the position that the accident in question caused the need for the post accident medical treatment as well as the surgery proposed by Dr. McCarthy. In that regard, my office has attached hereto pre-accident medical records from the Spine Diagnostic & Pain Treatment Center. It appears that my client's last treatment before the accident herein was on February 3, 2017, over one year before the date of the accident. He was doing much better at the time of the accident on May17, 2018.

**EXHIBIT B**

I ask that you review the attached medical records so that we can discuss a resolution of this matter. If I can be of any further assistance, feel free to contact my office.

Thanks in advance for your cooperation in this regard.

Sincerely,

Chad A. Aguillard

cc: Tylando Pierre Warr

# The Spine Center at the Bone & Joint Clinic of Baton Rouge

*7301 Hennessy Blvd. Suite 200, Baton Rouge, LA 70808*
Ph: 225-766-0050; Fax 225-768-2456

**Today's Date:** 04/02/2019

**Patient:** TYLANDO WARR    **Doctor:** DR. KEVIN McCARTHY

**Party Requesting Estimate:** CHAD AGUILLARD

**Proposed Procedure:** BILATERAL L5/S1 MICRODISCECTOMY

**Estimate of The Spine Center at the Bone & Joint Clinic of Baton Rouge fees:**

| Doctors: | Fee: |
|---|---|
| DR. McCARTHY | $15,765.00 |
| ASSISTANT | $3,794.00 |

**TOTAL: $19,559.00**

Please be aware that this is an estimate and that the codes and fees may change.

Please note: This estimate is for the physician's charges only and does not include charges that will be assessed by the hospital, anesthesiologist, etc. You must contact the hospital and anesthesiologist for their fees.

**By: JACKLYN AIELLO**

**CODES:**

| | |
|---|---|
| 63030 | $7,587 |
| 63030 | $7,587 |
| 76001 | $591 |

| | |
|---|---|
| TOTAL | $15,765 |
| ASSISTANT | $3,794 |

**Name:** Warr, Tylando
**Chart:** 88551154
**Date:** 3/28/2019   Atty: Aguillard

*88551154-1*

**The Spine Center at Bone and Joint Clinic of Baton Rouge**

**Spine H&P (page 1/3)**

**Post-Op:** ☐ No ☐ Yes ☐ Procedure / Date:
RV s/p L5,S1 ESI 12-11-18

**DOB:** 4/5/1976

**HPI / Subjective changes since last visit / procedure:**
Overall Symptoms: ☐ Unchanged ☐ Improved ☐ Worse
**Accident or Injury Since Last Visit:** ☐ Yes ☒ No

47 yo male. MVA 5/17/18
LB/(R) Leg — L Buttock, occ leg — never had 3rd ESI.
s/p L5S1 ESI #3 — prev ESI temp relief only.

⊕ DM x 20
⊖ tob.

**Pain Scale:** 8

519 / 225

**Medications:** Tyl #3

### Physical Exam

| BP | Resp: | HR: | Ht: | Wt: | Temp: | A&O x3 |
|---|---|---|---|---|---|---|
| WD/WN | Cachectic | Obese | Thin | (NAD) | Normal Mood | Blunt Aff |
| HEENT | NCAT | PERRLA | EOMI | Heart | RRR | Murmur | Rubs | Lungs | CTA Bil | Symmetr |
| ABD | Soft | NT | ND | +BS | Skin | Rash | Lesions | Ext's | CCE | | Appears Age |

DTR's (stick figure)

| ROM* | Cerv. | Lum. | | Gait | | | |
|---|---|---|---|---|---|---|---|
| Flexion | | | | Normal | Shuffle | Ataxic | Antalgic |
| Extension | | | | **Atrophy** | | **Pulses** | |
| Bend Lt. | | | | Left | | 1+DP | |
| Bend Rt. | | | | Right | | 1+RP | |

Right: Tinel's +/- Phalen's +/-
Left: Tinel's +/- Phalen's +/-

**SLR**
Left (+) @ ___ (-) @ ___
Right (+) @ ___ (-) @ ___

**Visual / Tenderness** (body diagrams)

| UE Motors | | | LE Motors | | | Sensory | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Muscle Action | Right | Left | Muscle Action | Right | Left | Left | LT | Other: | | | | |
| Deltoid | /5 | /5 | Quadriceps | 5/5 | /5 | Right | LT | Other: | | | | |
| Biceps | /5 | /5 | Ham Strings | /5 | /5 | **Specific Tests** | | | | | | |
| Triceps | /5 | /5 | Iliopsoas | /5 | /5 | | | | | | | |
| Wrist Flexors | /5 | /5 | Tib. Ant. | /5 | /5 | Hoffman | L | R | Clonus | L | R | Spurling's | L |
| Wrist Extensors | /5 | /5 | EHL | /5 | /5 | | | | | | | |
| Finger Flexors | /5 | /5 | Gas./Sol. | /5 | /5 | Patrick's | L | R | IRR | L | R | Lirmette's |
| Interossei | /5 | /5 | Peroneals | /5 | /5 | | | | | | | |

**Provocative Tests**
Thigh Thrust L R | FABER L R

**Ortho Exam:**

Name: **Warr, Tylando**
Chart: **88551154**
Date: **3/28/2019**

*88551154-1*

| The Spine Center at Bone and Joint Clinic of Baton Rouge | DOB: 4/5/1976 | Spine H&P (page 2/3) |

**Interval Studies:** ☐ MRI  ☐ Myelogram  ☐ EMG/NCS  ☐ CT  ☐ Blood Work  ☐ X-Ray  ☐ Other

**Procedure / Plan of Care**

☐ Imaging
☐ Surgery
☐ PT/OT
☐ EMG/NCT
☐ RX
☑ PMP

(1) rt tyl #3 ⊗
   per 16 B/L
(2) Cand ⊗ 5/1 MCD. — (Submit)

3/28/19.

**Diagnosis**

(1) (R) 5/1 HNP.
(2) BLE radic.

Agree

RTC 4-6 Wks/Mo.
☐ M.D.  ☐ Midlevel

☐ Other:
Provider Signature: _____ MC.   3/28/19.  1603pr

☐ Kevin P. McCarthy, MD   ☐ Christina Landry, PA-C   ☐ Meegan Domangue, PA-C   ☐ Kim Bergeron, PA-C
☑ Chelsea Commander, FNP-C   ☐ Patrick Arcement, PA-C

☐ I have personally reviewed this patient's chart and all pertinent medical information including radiographic studies. I ag with the above diagnosis and treatment plan as well as any prescribed medications as outlined by the above signed m level practitioner. Any modifications to this chart have been noted above.

☐ I participated in this patient's care on this visit. I reviewed the chart and pertinent data as outlined by the above signed level practitioner. Any modifications to the chart have been noted above. My involvement with this patient is as follows

☑ Prescribed Medication
☑ Performed Orthopaedic Physical Exam
☐ Obtained History

☐ Medical Decision Making   MRI L
☐ Reviewed Radiographs
☐ Other _____

Date: 3/28/19
Time: _____

Kevin P. McCarthy, M.D.