UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYLANDO PIERRE WARR | CIVIL ACTION NO: 2:19-cv-11710 |
| VERSUS | JUDGE SARAH S. VANCE |
| ROY LEE STONE, HORNADY TRANSPORTATION, LLC, AND HUDSON INSURANCE COMPANY | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

*************************************************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that the above captioned matter is dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this \_\_1st\_\_ day of \_\_June\_\_, 2020

_____
DISTRICT JUDGE SARA S. VANCE